IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL F. WEST,** <br><br> Petitioner, <br><br> v. <br><br> **MENDOZA-POWERS,** <br><br> Respondent. | CIV S-07-1048-LEW-CMK-P <br><br> **ORDER** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 30-day enlargement of time is hereby granted. A response to the petition for writ of habeas corpus shall be filed on or before August 10, 2007.

July 11, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1